FILED

JUL 25 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) NO. 25-cr-30108-JPG
vs. )
) Title 18, United Sates Code,
SHENGHAN JIN, ) Sections 1349 and 1343
)
)
)
Defendant. )

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**

**CONSPIRACY TO COMMIT WIRE FRAUD – 18 U.S.C. § 1349**

1. At all times material to this Indictment:

a. Defendant SHENGHAN JIN was a citizen of China.

b. J.B. was a 67-year-old resident of Belleville, Illinois, within the Southern District of Illinois.

2. Beginning on at least May 21, 2024, and continuing until July 16, 2025, in St. Clair County, Illinois, in the Southern District of Illinois, and elsewhere, the Defendant.

**SHENGHAN JIN,**

and others unknown to the Grand Jury, did knowingly and willfully conspire to commit offenses against the United States, namely to devise and participate in a scheme to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme, and attempting to do so, knowingly to cause wire communications to be made in interstate commerce, in violation of Title 18, United States Code,

Section 1343.

3. The object of the conspiracy and scheme to defraud was for the members of the conspiracy to obtain money and other assets belonging to J.B. that the conspirators were not entitled to receive.

4. As part of the conspiracy and scheme to defraud, members of the conspiracy contacted J.B. via Facebook under the pretense of beginning an online relationship with J.B.

5. As part of the conspiracy and scheme to defraud, members of the conspiracy began speaking with J.B. frequently via a WhatsApp account.

6. As part of the conspiracy and scheme to defraud, once the members of the conspiracy gained the trust of J.B. via their online connection, members of the conspiracy began discussing investment strategies and opportunities with J.B.

7. As part of the conspiracy and scheme to defraud, members of the conspiracy convinced J.B. to begin sending them large amounts of money by leading J.B. to believe the payments were being done as part of an investment strategy. J.B. was unaware that his investment accounts were fake and were created for the sole purpose of enriching the conspirators.

8. As part of the conspiracy and scheme to defraud, members of the conspiracy instructed J.B. to set up accounts via cryptocurrency exchanges and transfer money into cryptocurrency accounts associated with the conspirators. The conspirators also instructed J.B. to directly wire money to accounts set up in the name of fraudulent businesses that were also associated with the conspirators.

9. As part of the conspiracy and scheme to defraud, members of the conspiracy instructed J.B. to purchase gold bars to contribute to his fake investment accounts.

10. As part of the conspiracy and scheme to defraud, members of the conspiracy

relayed to J.B. that after he purchased the gold bars, an agent of the conspirators would come to his residence and collect the gold. The conspirators stated the agent would come to J.B.'s residence and present J.B. with a dollar bill bearing a specific serial number for verification.

11. Defendant SHENGHAN JIN was a member of the conspiracy who posed as an agent and picked up gold bars from J.B. at his residence on July 16, 2025. At the time of pick-up, SHENGHAN JIN presented the serial number J.B. had been given to verify the agent was associated with the conspirators.

12. In furtherance of and as a foreseeable consequence of the conspiracy and scheme to defraud, members of the conspiracy caused social media messages to be transmitted in interstate commerce by means of wire and radio communications between conspirators and J.B., an elderly victim located in the Southern District of Illinois.

All in violation of Title 18, United States Code, Section 1349.

**COUNT 2**
**WIRE FRAUD – 18 U.S.C. § 1343**

1. 1 and 3 through 12 of Count One of this Indictment are realleged here.

2. On or about July 16, 2025, in St. Clair County, Illinois, within the Southern District of Illinois,

**SHENGHAN JIN**

defendant herein, knowingly devised and participated in a scheme to defraud J.B., and to obtain money and property belonging to J.B. by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme to defraud, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate or foreign commerce from somewhere outside of the state of Illinois to Illinois, certain signals, namely a WhatsApp text message

to victim J.B. from an individual posing as a representative of HYCM Capital Markets customer support. In violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code 1343.

## FORFEITURE ALLEGATION

As a result of the commission of the offense described in Counts One and Two of this Indictment,

**SHENGHAN JIN,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) any and all property constituting, or derived from, any proceeds said defendant obtained, directly or indirectly, as a result of said violations. The property to be forfeited includes, but is not limited to:

**$602 in United States Currency.**

[redacted]

**A TRUE BILL**

Digitally signed by STEVEN WEINHOEFT
Date: 2025.07.24
18:40:45 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

KATHLEEN M. HOWARD
Assistant United States Attorney