# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

SHENGHAN JIN
*Defendant(s)*

Case Number: 25-cr-30108-JPG

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHENGHAN JIN ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Commit Wire Fraud in Violation of 18:1349
Count 2: Wire Fraud in Violation of 18:1343

Date: July 25, 2025

Amanda Camarillo, Deputy Clerk
*Issuing officer's signature*

City and state: Benton, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: 7-25-2025
Returned unexecuted, subject already in custody on complaint.
L. Patterson

*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)