IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHENGHAN JIN,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 25-CR-30108-JPG |

**MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE WITH RESPECT TO CERTAIN PROPERTY OF SHENGHAN JIN**

Now comes the United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Kathleen M. Howard, Assistant United States Attorney, and moves pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure for entry of a Preliminary Order of Forfeiture against the following property possessed by Defendant Shenghan Jin:

**$602 in United States Currency.**

A proposed Preliminary Order of Forfeiture is submitted herewith.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Kathleen M. Howard*
KATHLEEN M. HOWARD
U.S. Attorney's Office - Fairview Heights
9 Executive Drive
Fairview Heights, IL 62208
618-499-3455
Email: kathleen.howard@usdoj.gov